UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Russell Carlson, et al. ) | 3:00-CV-1621 (AWT) |
| v. ) | |
| Xerox Corp., et al. ) | |
| ) | |
| MASTER CASE ) | |
| ) | |
| Florida State Board of Admin., et al. ) | 3:02-CV-1303 (AWT) |
| v. ) | |
| Xerox Corp., et al. ) | |
| ) | July 22, 2008 |
| MEMBER CASE. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the action captioned *Florida State Board of Admin., et al. v. Xerox Corp., et al.*, No. 3:02-CV-1303 (AWT), including any and all counterclaims, is hereby dismissed with prejudice by stipulation of the parties. Each of the parties is to bear its own costs and attorneys' fees.

DATED: July 22, 2008

_____
Lisa Kelly Morgan (CT 02201)
RUBEN, JOHNSON, MORGAN &
HORAN, P.C.
249 Pearl Street, Third Floor
Hartford, CT 06103
(860) 275-6888

Megan D. McIntyre (phv0869)
Michael J. Barry (CT 24174)
GRANT & EISENHOFER, P.A.
1201 North Market Street
Wilmington, DE 19801
(302) 622-7000
*Attorneys for Plaintiffs*

DATED: July 22, 2008

*Evan R. Chesler* /s/ w/ permission
Evan R. Chesler (CT 03177)
Sandra C. Goldstein (CT 24019)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
*Attorneys for Defendant Xerox Corporation*

DATED: July 22, 2008

*W. Sidney Davis Jr.* /s/ w/ permission
W. Sidney Davis, Jr. (phv0738)
George A. Salter (phv0741)
Mark J. Lemire (phv0739)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000
*Attorneys for Defendant KPMG LLP*

DATED: July 22, 2008

*Thomas D. Goldberg* /s/ w/ permission
Thomas D. Goldberg (CT 04386)
Terence J. Gallagher (CT 22415)
DAY PITNEY LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300
*Attorneys for Defendants Philip Fishbach,*
*G. Richard Thoman and Anne Mulcahy*

DATED: July 22, 2008

*John A. Valentine* /s/ w/ permission
John A. Valentine (CT 25941)
Heather A. Jones (CT 24194)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
(202) 663-6000
*Attorneys for Defendants Paul A. Allaire,*
*Barry D. Romeril and Gregory Tayler*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2008, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lisa Kelly Morgan