UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------x
                                    :
   RUSSELL CARLSON, et al.          :
   v.                               : Civil No. 3:00cv01621(AWT)
   XEROX CORP., et al.              :
                                    :
MASTER CASE                         :
                                    :
   FLORIDA STATE BD. OF ADMINS.,    :
         et al.                     :
   v.                               : Civil No. 3:02cv01303(AWT)
   XEROX CORP., et al.              :
                                    :
MEMBER CASE                         :
                                    :
------------------------------------x
```

**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**

The Stipulation of Dismissal with Prejudice (Doc. No. 48 in case number 3:02cv01303(AWT), and Doc. No. 483 in case number 3:00cv01621(AWT)) is hereby APPROVED.  All claims and any counterclaims in Florida State Board of Administrators, et al. v. Xerox Corporation, et al., 3:02cv01303(AWT) are hereby dismissed with prejudice by stipulation of the parties, with each party to bear its own costs and attorneys' fees.  The Clerk shall close case number 3:02cv01303(AWT).

It is so ordered.

Signed this 24th day of July, 2008 at Hartford, Connecticut.

_____/s/AWT_____
Alvin W. Thompson
United States District Judge